1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ERIC CHENG (CABN 274118)
   HELEN L. GILBERT (NYBN 4736336)
5  Assistant United States Attorney

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7200
        FAX: (415) 436-7234
8       Eric.Cheng@usdoj.gov
        Helen.Gilbert@usdoj.gov
9
   JOHN A. EISENBERG
10 Assistant Attorney General, National Security Division

11 SCOTT M. LARA
   Acting Chief, Counterintelligence and Export Control Section
12
   ELI ROSS (ILBN 6321411)
13 FATEMA MERCHANT (TXBN 24065735)
   Trial Attorneys, National Security Division
14
        950 Pennsylvania Avenue NW
15      Washington, DC 20530
        Tel: (202) 616-5447
16      Fax: (202) 233-2146
        Eli.Ross2@usdoj.gov
17      Fatema.Merchant@usdoj.gov

18 Attorneys for United States of America

19                          UNITED STATES DISTRICT COURT

20                         NORTHERN DISTRICT OF CALIFORNIA

21                                   OAKLAND DIVISION

22
   UNITED STATES OF AMERICA,              )  CASE NO. 25-CR-00186 JST-2
23                                        )
         Plaintiff,                       )  STIPULATION TO EXCLUDE TIME FROM
24                                        )  OCTOBER 24, 2025 TO DECEMBER 5, 2025 AND
      v.                                  )  [PROPOSED] ORDER
25                                        )
   YUANCE CHEN,                           )
26                                        )
         Defendant.                       )
27                                        )

28

   STIPULATION AND [PROPOSED] ORDER     1
   Case No. 25-CR-00186 JST-2

1    It is hereby stipulated by and between counsel for the United States and counsel for the
2 defendant Yuance CHEN, that time be excluded under the Speedy Trial Act from October 24, 2025
3 through December 5, 2025.

4    At the status conference held on October 24, 2025, the government and counsel for the defendant
5 agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to
6 prepare, including by reviewing the discovery produced by the government.  For this reason and as
7 further stated on the record at the status conference, the parties stipulate and agree that excluding time
8 until December 5, 2025 will allow for the effective preparation of counsel.  *See* 18 U.S.C.
9 § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding
10 the time from October 24, 2025 through December 5, 2025 from computation under the Speedy Trial
11 Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C.
12 § 3161(h)(7)(A), (B)(iv).

13    The undersigned Assistant United States Attorney certifies that he has obtained approval from
14 counsel for the defendant to file this stipulation and proposed order.

15    **IT IS SO STIPULATED.**

16 DATED: October 24, 2025                          */s/*
                                                  ERIC CHENG
17                                                HELEN GILBERT
                                                  Assistant United States Attorneys
18

19 DATED: October 24, 2025                          */s/*
                                                  JOYCE LEAVITT
20                                                JOHN PAUL REICHMUTH
                                                  Counsel for Defendant Yuance CHEN

STIPULATION AND [PROPOSED] ORDER          2
Case No. 25-CR-00186 JST-2

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |

2    Based upon the facts set forth in the stipulation of the parties and the representations made to the
Court on October 24, 2025 and for good cause shown, the Court finds that failing to exclude the time
from October 24, 2025 through December 5, 2025 would unreasonably deny defense counsel and the
defendant the reasonable time necessary for effective preparation, taking into account the exercise of
due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by
excluding the time from October 24, 2025 to December 5, 2025 from computation under the Speedy
Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and
with the consent of the parties, IT IS HEREBY ORDERED that the time from October 24, 2025 to
December 5, 2025 shall be excluded from computation under the Speedy Trial Act.  18 U.S.C.
§ 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

DATED:  October 24, 2025

_____
HON. JON S. TIGAR
United States District Judge